**KRALIK & JACOBS LLP**
LOIS M. JACOBS (SBN 106537)
lois.jacobs@kralikjacobs.com
HEATHER E. STERN (SBN 217447)
heather.stern@kralikjacobs.com
ANASTASIA E. BESSEY (SBN 232289)
anastasia.bessey@kralikjacobs.com
35 North Lake Avenue, Suite 620
Pasadena, CA 91101
Telephone: (626) 844-3505
Facsimile: (626) 844-7643

**MORTGAGE RECOVERY LAW GROUP LLP**
MICHAEL DELBICK, No. 139200
e-mail: michael.delbick@mortgagerecoveries.com
PAUL LEVIN, No. 229077
e-mail: paul.levin@mortgagerecoveries.com
DANA CLAUSEN, No. 223212
e-mail: dana.clausen@mortgagerecoveries.com
700 North Brand Boulevard, Suite 830
Glendale, California 91203
Telephone: (818) 630-7900
Facsimile: (818) 630-7920

Attorneys for Plaintiff
Federal Deposit Insurance Corporation,
As Receiver for IndyMac Bank, F.S.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for IndyMac Bank, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIANCE TITLE CO., INC., et al.,<br><br>Defendants. | Case No.: CV09-2342-DSF-AJWx<br><br>**NOTICE OF STATUS OF SETTLEMENT**<br><br>Assigned to the Honorable Hon. Dale S. Fischer<br><br>Courtroom 840<br><br>Action filed: April 3, 2009<br><br>Final Pretrial Conference: 10/04/2010<br>Trial Date: 11/02/2010<br><br>[No Hearing Required] |

-1-

**NOTICE OF STATUS OF SETTLEMENT**

1  TO THE HONORABLE COURT, THE PARTIES AND THEIR
2  COUNSEL OF RECORD:
3  PLEASE TAKE NOTICE THAT Plaintiff Federal Deposit Insurance
4  Corporation, as Receiver of IndyMac Bank, F.S.B. ("FDIC"), on the one hand,
5  and Defendants Alliance Title Co., Inc. ("Alliance") and Reed Bennett
6  Robertson dba "Natural Capital" ("Robertson") (collectively, "Defendants"),
7  have settled the claims that the FDIC has asserted against Defendants in this
8  action.
9  The terms of the parties' settlement have been documented in a written
10 Settlement Agreement. Alliance has sought (and the settlement between FDIC
11 and Alliance is contingent upon) approval of the settlement by the Bankruptcy
12 Court for the District of Colorado in Case No. 08-23125 MER, entitled *In re*
13 *Mercury Companies, Inc.*, and the hearing on that motion is scheduled for
14 September 22.
15 Because certain terms and conditions of the settlement have not yet been
16 completed, the FDIC anticipates that it will take an additional 30 days to
17 finalize all conditions and dismiss the case.

19 Dated: September 14, 2010        MORTGAGE RECOVERY LAW
                                     GROUP LLP

                                     Michael Delbick
                                     Paul Levin
                                     Dana Clausen

                                 By: _____
                                     Dana Clausen
                                     Attorneys for Plaintiff Federal Deposit
                                     Insurance Corporation, as Receiver of
                                     IndyMac Bank, F.S.B.

-2-

**NOTICE OF STATUS OF SETTLEMENT**