**MORTGAGE RECOVERY LAW GROUP**
MICHAEL DELBICK, No. 139200
PAUL LEVIN, No. 229077
DANA CLAUSEN, No. 223212
700 North Brand Boulevard, Suite 830
Glendale, California 91203
Telephone: (818) 630-7900
Facsimile: (818) 630-7920
e-mail: michael.delbick@mortgagerecoveries.com
paul.levin@mortgagerecoveries.com
dana.clausen@mortgagerecoveries.com

Attorneys for Plaintiff
Federal Deposit Insurance Corporation,
As Receiver for IndyMac Bank, F.S.B.

**VAN DE POEL, LEVY & ALLEN, LLP**
JEFFREY W. ALLEN, No. 99240
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060
e-mail: jallen@vanlevylaw.com

Attorneys for Defendant
Reed Robertson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for IndyMac Bank, F.S.B.,

Plaintiff,

v.

ALLIANCE TITLE CO., INC., a California Corporation, REED BENNETT ROBERTSON, an individual doing business as "NATURAL CAPITAL"; JAMES FLORES HAW, an individual; and DOES 1 through 10, inclusive,

Defendants.

Case No.: CV09-2342-DSF-AJWx

STIPULATION FOR ENTRY OF JUDGMENT

**IT IS HEREBY STIPULATED** between Plaintiff Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. ("FDIC") and Defendant Reed Robertson ("Robertson"), by and through their attorneys of record (hereinafter, the "Parties"), as follows:

1. On April 3, 2009, FDIC filed a complaint in the United States District Court, Case No. CV09-2342-DSF, against Robertson, Alliance Title Co., James Flores Haw, and Does 1 through 10, inclusive.

2. The Parties, wishing to avoid continued litigation, have entered into a written settlement agreement (the "Settlement Agreement") whereby Robertson agreed to pay monies to FDIC, to be paid to FDIC over time.

3. In the event that Robertson defaults under the terms of the Settlement Agreement, the Parties stipulate and agree that judgment may be entered against Robertson and in favor of FDIC in the amount of $150,000 (less any amounts received by FDIC pursuant to paragraph 1(a) of the Settlement Agreement), plus post-judgment interest to accrue at the legal rate of ten percent (10%), in the form attached hereto as Exhibit A.

4. Judgment may be entered by *ex parte* application (without testimony or trial) with written notice given to Robertson and his attorney of record, Jeffrey W. Allen. Robertson further waives the right to a court and/or jury trial.

5. The Parties hereby enter into this Stipulation with the advice of counsel, knowing its content and effect.

6. The Parties further stipulate and request that the court retain jurisdiction to enforce the Settlement Agreement and Judgment (Pursuant to Stipulation).

Dated: August 10, 2010

By: [signature]
REED ROBERTSON

Dated: July 19, 2010

By: [signature]
JOCK S. DUNCAN
Authorized on behalf of The Federal Deposit Insurance Corporation, as receiver for IndyMac Bank, F.S.B.

Dated: ____________________, 2010

MORTGAGE RECOVERY GROUP LAW GROUP
By: ____________________
MICHAEL H. DELBICK, attorney for Plaintiff The Federal Deposit Insurance Corporation, as receiver for IndyMac Bank, F.S.B.

Dated: ____________________, 2010

VAN DE POEL, LEVY & ALLEN, LLP

By: ____________________
JEFFREY W. ALLEN, attorney for Defendant Reed Robertson

Dated: ____________________, 2010

By: ______________________________
JOCK S. DUNCAN
Authorized on behalf of The Federal Deposit Insurance Corporation, as receiver for IndyMac Bank, F.S.B.

Dated: 7/28, 2010

MORTGAGE RECOVERY LAW GROUP

By: ______________________________
MICHAEL H. DELBICK, attorney for Plaintiff The Federal Deposit Insurance Corporation, as receiver for IndyMac Bank, F.S.B.

Dated: ____________________, 2010

VAN DE POEL, LEVY & ALLEN, LLP

By: ______________________________
JEFFREY W. ALLEN, attorney for Defendant Reed Robertson

Dated: ____________________, 2010

By: ______________________________
JOCK S. DUNCAN
Authorized on behalf of The Federal Deposit Insurance Corporation, as receiver for IndyMac Bank, F.S.B.

Dated: 7/28, 2010

MORTGAGE RECOVERY LAW GROUP

By: ______________________________
MICHAEL H. DELBICK, attorney for Plaintiff The Federal Deposit Insurance Corporation, as receiver for IndyMac Bank, F.S.B.

Dated: 8/10, 2010

VAN DE POEL, LEVY & ALLEN, LLP

By: ______________________________ for
JEFFREY W. ALLEN, attorney for Defendant Reed Robertson